# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TONY A. RAMIREZ,                                    1:08-cv-01974-TAG (HC)

                        Petitioner,

                                                    ORDER AUTHORIZING
        vs.                                         IN FORMA PAUPERIS STATUS

ANTHONY HEDGPETH,

                        Respondent.
                                                /

       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **December 31, 2008**                              **/s/ Theresa A. Goldner**
                                                    UNITED STATES MAGISTRATE JUDGE